**Order entered April 30, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00289-CV

## MACKLE WHITE, HOWARD GRISBY, AND MARGIERINA GRISBY, Appellants

## V.

## SHARON JONES, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-00243-C**

### ORDER

The reporter's record in this appeal has not been filed because appellants have not requested it. Although appellants were directed to file written verification by March 30, 2020 that they had requested the record and were cautioned that failure to comply could result in the appeal being submitted without the record, they have failed to do so. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we further **ORDER** appellants to file their opening brief no later than June 1, 2020.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE